UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 25-44841(jmm) |
| Yasin Cabuk, | : | |
| | : | (Chapter 7) |
| Debtor. | : | |

**NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE**

To: Debra Kramer, Esq.
Debra Kramer, PLLC
10 Gingerbread Lane
East Hampton, New York 11937

Richard J. McCord, the trustee of the estate of the above-captioned debtor, has tender his resignation. Therefore, the United States Trustee hereby appoints you as interim successor trustee under 11 U.S.C. § 703.

You are covered by the Chapter 7 Blanket Bond, issued by the Liberty Mutual Insurance Company, which is on file with the Office of the United States Trustee for the Eastern District of New York, Brooklyn New York. *See* 11 U.S.C. 322(a) and Fed. R. Bankr. P. 2010. In addition, because your blanket acceptance of appointment is on file, you are required to notify the undersigned in writing within seven days after receipt of this notice only if you reject this appointment. *See* Fed. R. Bankr. P. 2008 and 2010(a).

Dated: New York, New York
October 9, 2025

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By: /s/ Marylou Martin
Marylou Martin
Assistant United States Trustee
One Bowling Green, Room 510
New York, NY 10004-1408
Phone: 212.206.2580
Email: Marylou.Martin@usdoj.gov