# Notice Recipients

District/Off: 0207−1 User: admin Date Created: 01/14/2026
Case: 1−25−44841−jmm Form ID: 318DI7 Total: 71

**Recipients of Notice of Electronic Filing:**
aty Robert Nosek rnosek@certilmanbalin.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db Yasin Cabuk 62−10 99th Street Apt. 7J Rego Park, NY 11374
tr Debra Kramer Debra Kramer, PLLC 10 Gingerbread Lane East Hampton, NY 11937
smg NYS Department of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205
smg NYS Unemployment Insurance Attn: Insolvency Unit Bldg. #12, Room 256 Albany, NY 12240
smg Office of the United States Trustee Eastern District of NY (Brooklyn) Alexander Hamilton Custom House One Bowling Green, Room 510 New York, NY 10004−1408
10580951 Affirm Inc. 650 California Street 12th Floor San Francisco, CA 94108
10580952 Affirm Inc. Attn: Bankruptcy 650 California Street 12th Floor San Francisco, CA 94108
10580953 Ahmet Bulut 8015 17th Ave Floor 2 Brooklyn, NY 11214−2105
10580954 Ali Fidan and Ece Karagoz c/o Akin & Salaman PLLC 45 Broadway Suite 1420 New York, NY 10006
10580955 Ali Gulu 105−37 63rd Drive 2nd Floor Forest Hills, NY 11375
10580956 Ally Credit Card P.O. Box 9222 Old Bethpage, NY 11804
10580957 American Express P.O. Box 981537 El Paso, TX 79998
10580958 Amex Correspondence/BKCY P.O. Box 981535 El Paso, TX 79998
10623176 Arrow Linen Supply Company, Inc. 467 Prospect Avenue Brooklyn, NY 11215
10580959 Arturo O. Sanchez Reyes 16 Brighton 10th Path 2nd Floor Brooklyn, NY 11235
10580960 Ascendus 25 Broadway New York, NY 10004
10580961 Avant LLC/Web Bank 222 W. Merchandise Mart P Chicago, IL 60654
10580962 Avant/WebBank 222 North LaSalle Street Suite 1600 Chicago, IL 60601
10580963 Aziz Carel 8015 17th Avenue 2nd Floor Brooklyn, NY 11214−2105
10623177 BTB Services Corp. 8000 Cooper Avenue Suite 8−308 Glendale, NY 11385
10580965 Bank of America Attn: Bankruptcy 4909 Savarese Circle Tampa, FL 33634
10580964 Bank of America P.O. Box 982238 El Paso, TX 79998
10580966 Blacksea Fish & Grill Med 3100 Ocean Parkway Brooklyn, NY 11235
10580970 Capital One Attn: Bankruptcy P.O. Box 30285 Salt Lake City, UT 84130
10580969 Capital One P.O Box 31293 Salt Lake City, UT 84131
10580968 Capital One P.O. Box 31293 Salt Lake City, UT 84130
10580967 Capital One P.O. Box 31293 Salt Lake City, UT 84131
10580971 Chrysler Capital P.O. Box 660647 Dallas, TX 75266
10592843 Clipper Equity LLC 461112th Avenue Suite 1 L Brooklyn, NY 11219
10592844 Coast Cleaning Services LLC d/b/a Coast Linen 1885 Hylan Blvd #1069 Staten Island, NY 10305
10592845 Con Edison Cooper Station P.O. Box 138 −Account No# 8715 New York, NY 10276
10580973 Credit Karma/Credit Build Attn: Bankruptcy 1100 Broadway, Ste. 1800 Oakland, CA 94607
10580972 Credit Karma/Credit Build P.O. Box 30963 Oakland, CA 94604 Attn: Legal Department
10580974 Dinora Inc. 3100 Ocean Parkway Brooklyn, NY 11235
10580975 Dinora, Inc. 3100 Ocean Parkway Brooklyn, NY 11235
10580976 Discover Card P.O. Box 30939 Salt Lake City, UT 84130
10580977 Discover Financial Attn: Bankruptcy P.O. Box 3025 New Albany, OH 43054
10623178 Everest Business Funding 102 W 38th Street 6th Floor New York, NY 10018
10580978 Fatih O. Yilmaz 2530 East 12th Street 2nd Floor Brooklyn, NY 11235
10580979 First Premier 3820 N Louise Avenue Sioux Falls, SD 57117
10580980 Furkhan Bulut 8015 17th Avenue 2nd Floor Brooklyn, NY 11214−2105
10623179 Garanti Bank Levent Nispetiye Mah Aytar Cad. No. 2 Besiktas 34340 Istanbul Turkey
10580981 IMS Fund LLC 123 Main Street New York, NY 10001
10580983 IRS Central Insolvency Op P.O. Box 7346 Philadelphia, PA 19101
10580984 IRS Central Insolvency Op P.O. Box 7346 Philadelphia, PA 19101
10580982 IRS Centralized Insolvency Op P.O. Box 7346 Philadelphia, PA 19101
10592846 Ida Lipets c/o Nick Banilov, Esq. Banilov & Associates, P.C. 2566 86th Street, Suite 3 Brooklyn, NY 11214
10580987 Istanbul Rego Park Inc. 9536 Queens Boulevard Rego Park, NY 11374−1136
10580986 Istanbul Rego Park Inc. 9536 Queens Boulevard dba Blacksea Fish & Grill Rego Park, NY 11374
10580985 Istanbul Rego Park Inc. dba Blacksea Fish & Grill 9536 Queens Boulevard Rego Park, NY 11374
10580988 Ivan Sorvonski 65−15 Alderton Street Apt. 3F Rego Park, NY 11374
10580989 Merrick Bank P.O. Box 9201 Old Bethpage, NY 11804
10592847 NYS Department of Labor Division of Labor Standards W. Averell Harriman State Campus Building 12, Room 185C Albany, NY 12240
10580990 NYS Dept of Tax & Finance OPTS −Sales Tax Liability W.A. Harriman Campus Albany, NY 12227

10623180 National Grid 89−67 162nd Street Jamaica, NY 11432
10580991 Oxygen XL 1620 U.S. 22 Suite 205D Union, NJ 07083
10623181 Radius Global Solutions LLC P.O. Box 390916 Minneapolis, MN 55439−0916 (ConEd)
10580992 State of NY Workers' Comp Judgment Unit 328 State Street Schenectady, NY 12305
10580993 Synchrony Bank/HH Gregg P.O. Box 71757 Philadelphia, PA 19176
10580995 Synchrony Bank/Pay Pal Attn: Bankruptcy P.O. Box 965064 Orlando, FL 32896
10580994 Synchrony Bank/Pay Pal P.O. Box 71727 Philadelphia, PA 19176
10623182 The CBE Group 1309 Technology Pkwy Cedar Falls, IA 50613
10580996 U.S. Dept of Health/Human General Counsel− Reg. 2 Jacob Javitz Fed Bldg 26 Federal Plz, RM 19300 New York, NY 10278
10580997 U.S. Dept of Housing Regional Counsel − NY/NJ 26 Federal Plaza Room 3500 New York, NY 10278
10580998 U.S. Dept. Ed. Gen. Cncil 400 Maryland Ave SW Washington, DC 20202
10580999 U.S. Env. Prot Agency Office − Regional Counsel Region2− NY Superfund Br. 290 Broadway, 17th Fl New York, NY 10007
10581000 U.S. Securities Exchange NY Regional Office − BKCY Brookfield Pl. Ste. 400 200 Vesey Street New York, NY 10281
10581001 US Attorneys Office− EDNY Att: Kevin Yim, BKCY LIT Civil Div − BKCY Process 271−A Cadman Plaza East, 7th Fl Brooklyn, NY 12201−1820
10581002 US Dept of Education Attn: Fed Student Aid 50 United Nations Plaza Mailbox 1200, Room 1240 San Francisco, CA 94102
10581003 US SBA District Counsel, NY 26 Federal Plaza Room 3100 New York, NY 10278

TOTAL: 70