**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Yasin Cabuk<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx−xx−6911 |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of New York | | |
| Case number: | 1−25−44841−jmm | | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Debra Kramer (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Jil Mazer−Marino
United States Bankruptcy Judge

Dated: April 30, 2026