# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 04/30/2026 |
| Case: 1−25−44841−jmm | Form ID: 205 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

tr Debra Kramer dkramer@kramerpllc.com;trustee@kramerpllc.com
aty Robert Nosek rnosek@certilmanbalin.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Yasin Cabuk 62−10 99th Street Apt. 7J Rego Park, NY 11374
smg Office of the United States Trustee Eastern District of NY (Brooklyn) Alexander Hamilton Custom House One Bowling Green, Room 510 New York, NY 10004−1408

TOTAL: 2